No. 90–1126. NORMAN ET AL. v. REED ET AL.; and
No. 90–1435. COOK COUNTY OFFICERS ELECTORAL BOARD ET AL. v. REED ET AL. Sup. Ct. Ill. Motion of Independent

Voters of Illinois Independent Precinct Organization for leave to file a brief as *amicus curiae* in No. 90–1126 granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.